Messrs. *Clyde B. Johnson* and *Howard D. Matthews* for petitioner. *Mr. John C. Palmer, Jr.,* for respondent.

No. 373. ATLANTIC LIFE INSURANCE CO. *v.* PHARR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Andrew D. Christain* for petitioner. *Messrs. Lovick P. Miles, Roane Waring,* and *Sam P. Walker* for respondent.

No. 376. UNTERMYER *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. J. Donovan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Norman D. Keller* for respondent.

No. 380. PENNSYLVANIA R. CO. *v.* ALPINE FORWARDING CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roscoe H. Hupper* and *Frederic D. McKenney* for petitioner. *Mr. William F. Purdy* for respondent.

No. 381. WYER *v.* U. S. FIDELITY & GUARANTY CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. E. C. Fitzgerald* and *Wm. M. Thomas* for petitioner. *Mr. Ray McNaughton* for respondent.